IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CURTIS J. COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | CV-11-K-0938-S |
| | ) | Civil Action No.: __ |
| v. | ) | |
| | ) | (Removed from the Circuit Court of |
| EXPERIAN INFORMATION | ) | Jefferson County, Alabama, |
| SOLUTIONS, INC., | ) | Case No. 01-CV-2011-900419) |
| | ) | |
| Defendant. | ) | Complaint Filed: February 5, 2011 |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

The undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian") hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies: The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

    (a) First American Real Estate Solutions, LLC

    (b) First American Real Estate Solutions II, LLC

    (c) Vehicle Title, LLC

    (d) Central Source LLC

    (e) Online Data Exchange LLC

    (f) New Management Services LLC

    (g) VantageScore Solutions LLC

    (h) Opt-Out Services LLC

{W0286555.1 }

3. Publicly Held Companies: Experian plc owns 100 percent of Experian. Experian plc is a Jersey, Channel Islands company which is publicly traded on the London Stock Exchange.

Dated: March 11, 2011

L. Jackson Young, Jr.
*Attorney for Experian Information Solutions, Inc.*

**OF COUNSEL:**
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
(205) 879-8722 – telephone
(205) 879-8831 – telecopier
Email: ljy@ffdlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March, 2011, I caused the foregoing to be served via U.S. Mail with appropriate postage attached thereto to counsel of record.

*[signature]*
L. Jackson Young, Jr.

## SERVICE LIST

Wesley L. Phillips (PHI053)
PHILLIPS LAW GROUP, LLC
Post Office Box 130488
Birmingham, Alabama 35213-0488
wlp@wphillipslaw.com
Telephone: (205) 383-3585
Facsimile: (800) 536-0385
*Attorney for Plaintiff*