FILED
2012 Aug-13 PM 08:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 7

Experian
PO Box 9556
Allen, TX 75013

I don't owe any money to Equable Ascent Financial for account account #4141237. This account is wrong. Delete it immediately. Equable Ascent sued me for this debt in Jefferson county Alabama and I won. My case number is SM-10-2973. Please delete and send me updated credit report.

Sincerely,

*Curtis Collins*

Curtis Collins
812 Seven Springs Drive
Birmingham, AL 35215
SS # 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
DOB: 04/15/1959
Date: 08/19/2010

EXP 00076





EXP 00077



Curtis Collins
812 Seven Springs Dr.
Birmingham, AL 35215

Experian
PO Box 9556
Allen, TX 75013

EXP 00078