# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | | |
|---|---|---|
| **CURTIS J. COLLINS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No: 2:11-CV-938-AKK |
| | ) | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.;** | ) ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## Notice of Appeal

Notice is hereby given that Curtis J. Collins, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from (1) the Order granting summary judgment entered in this action on the 16th day of September, 2013; (2) the order dismissing the action with prejudice entered in this action on the 17th day of September, 2013; and (3) the order denying Plaintiff's Rule 59 motion to alter, amend, or vacate, entered in this action on the 19th day of February, 2014. Plaintiff's deadline to appeal the Court's entry of summary judgment and dismissal was tolled by the timely filed Rule 59 motion. FRAP 4(a)(4)(A)(iv).

s/ David L. Selby II
Attorney for Plaintiff
David L. Selby II

OF COUNSEL:
BAILEY & GLASSER, LLP
3000 Riverchase Galleria, Suite 905
Birmingham, AL 35244
Telephone: (205) 988-9253

–1–

Email: dselby@baileyglasser.com

                    s/ Wesley L. Phillips
                    Attorney for Plaintiff
                    Wesley L. Phillips

OF COUNSEL:
PHILLIPS LAW GROUP, LLC
Post Office Box 362001
Birmingham, Alabama 35236
Telephone: (205) 383-3585
Facsimile: (800) 536-0385
Email: wlp@phillipslaw.com

CERTIFICATE OF SERVICE

This is to certify that on this 13th day of March 2014, a copy of the foregoing document has been served upon counsel for all parties electronically via CM/ECF.

L. Jackson Young, Jr.
FERGUSON FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, AL 35243

Gregory Hanthorn
JONES DAY
1420 Peachtree Street,
N.E. Suite 800
Atlanta, GA 30309

                    s/ David L. Selby II
                    OF COUNSEL