FILED
 2015 May-08 PM 03:39
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CURTIS J. COLLINS,** )<br>)<br>Plaintiff, )<br>**vs.** )<br>)<br>)<br>)<br>**EQUABLE ASCENT FINANCIAL,** )<br>**L LC, et al.,** )<br>)<br>Defendant. ) | Civil Action Number<br>**2:11-cv-938-AKK** |

## BRIEFING SCHEDULE

Before the court is Defendant Experian Information Solutions, Inc.'s Motion for Summary Judgment on Remand and Brief in Support of its Motion (Doc. 73). Plaintiff's response is due by **May 29, 2015**, defendant's reply is due by **June 9, 2015.**

Done this the 8th day of May, 2015.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE