# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CURTIS J. COLLINS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Civil Action Number |
| ) | **2:11-cv-00938-AKK** |
| **EXPERIAN INFORMATION** ) | |
| **SOLUTIONS, INC.,** ) | |
| ) | |
| **Defendant.** | |

## ORDER

The court having been informed that the parties have reached an agreement to resolve this case, it is therefore **ORDERED** that this case be and hereby is **DISMISSED WITHOUT PREJUDICE**. This court shall retain jurisdiction over the parties until March 15, 2016, for the purpose of enforcing the parties' settlement agreement.

It is further **ORDERED** that the parties shall submit a formal stipulation of dismissal to the court by March 15, 2016. Otherwise, after that date, this action will be deemed dismissed with prejudice.

**DONE** the 15th day of January, 2016.

**[signature on following page]**

1

*[signature]*

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE