# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CURTIS J. COLLINS,**<br><br>　**Plaintiff,**<br><br>**vs.**<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>　**Defendants.** | Civil Action Number<br>**2:11-cv-00938-AKK** |

## ORDER

In accordance with the Parties' Joint Stipulation of Dismissal with Prejudice, doc. 117, it is **ORDERED, ADJUDGED, AND DECREED** that this case be and hereby is **DISMISSED WITH PREJUDICE**.  Each party is to bear its own attorneys' fees and costs.

**DONE** the 18th day of March, 2016.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE